JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>    Plaintiffs,<br><br>        v.<br><br>YEAR MILLWORKS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | 2:23-cv-05192-DSF-JC<br><br>**JUDGMENT** |

The Court having granted Plaintiffs' Board of Trustees for Carpenters Southwest Trusts and Carpenters Southwest Administrative Corporation motion for default judgment against Defendant Year Millworks, Inc. and having found that Plaintiffs are entitled to unpaid contributions of $35,936.18, liquidated damages of $43,242.52, pre-judgment interest of $7,442.07, attorneys' fees of $4,767.15, and costs to be determined,

IT IS ORDERED THAT judgment be entered in favor of Plaintiffs Board of Trustees for Carpenters Southwest Trusts and Carpenters Southwest Administrative Corporation and against Defendant Year Millworks, Inc. for $91,387.92, as follows:

1. unpaid contributions of $35,936.18;
2. liquidated damages of $43,242.52;
3. pre-judgment interest of $7,442.07;
4. attorneys' fees of $4,767.15.
5. reasonable costs pursuant to a bill of costs, and
6. post-judgment interest at the rate of 5.40% per annum pursuant to 28 U.S.C. § 1961(a).

Dated: November 7, 2023

Dale S. Fischer
United States District Judge